■ In the Matter of MICHAEL A. SANTOPIETRO et al., Appellants, v CITY OF NEW YORK, Respondent, et al., Respondents. [854 NYS2d 310]—Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered January 3, 2007, which denied petitioner's application for leave to file a late notice of claim, unanimously affirmed, without costs.

The court did not improvidently exercise its discretion, under General Municipal Law § 50-e (5), in denying petitioners' motion to file a late notice of claim (*see e.g. Williams v Nassau County Med. Ctr.*, 6 NY3d 531 [2006]). While the failure to proffer a reasonable excuse for delay in serving a notice of claim is not alone fatal to a motion for leave to file a late notice, plaintiffs also failed to demonstrate that the City had timely actual notice of the claim and suffered no prejudice by reason of the delay (*see* General Municipal Law § 50-e [1] [a]; [5]; *Matter of Schifano v City of New York*, 6 AD3d 259 [2004], *lv denied* 4 NY3d 703 [2005]; *Harris v City of New York*, 297 AD2d 473 [2002], *lv denied* 99 NY2d 503 [2002]). Concur—Mazzarelli, J.P., Andrias, Gonzalez and Acosta, JJ.